

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2015

No. 04-15-00392-CV

Joyce Ann **SARRO**,
Appellant

v.

Michael A. **SARRO**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-03821
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

    Appellant's brief was due to be filed with this court on September 21, 2015. This court granted Appellant's first motion for extension of time to file her brief until October 21, 2015. On the due date, Appellant filed an unopposed second motion for extension of time to file her brief until November 20, 2015, for a total extension of sixty days.

    Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than November 20, 2015. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court